UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GIPSON,<br><br>    Petitioner,<br><br>  v.<br><br>TERESA SCHWARTZ, warden,<br><br>    Respondent.                               / | No. C 06-5463 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Petitioner filed a motion for extension of time to file his "federal brief," which the court understands to be a reference to his opposition to respondent's pending motion to dismiss the petition as untimely. Upon due consideration, the court GRANTS petitioner's motion for an extension of time, although it will grant a 60-day rather than a 90-day extension. (Docket # 7.) Petitioner must file and serve his opposition to the motion to dismiss no later than **April 20, 2007**. Respondent must file and serve his reply brief, if any, no later than **May 11, 2007**.

    IT IS SO ORDERED.

DATED: January 22, 2007

                                                                        SUSAN ILLSTON<br>
                                                                 United States District Judge