UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GIPSON, | No. C 06-5463 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| TERESA SCHWARTZ, warden, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> application for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Jeremy Friedlander, the court GRANTS respondent's application. Respondent must file and serve his response to the petition for writ of habeas corpus no later than **August 24, 2007**. Petitioner must file and serve his traverse no later than **September 28, 2007**.

IT IS SO ORDERED.

DATED: June 15, 2007

_____
SUSAN ILLSTON
United States District Judge