UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GIPSON,<br><br>        Petitioner,<br><br>   v.<br><br>TERESA SCHWARTZ, warden,<br><br>        Respondent.<br>_____/ | No. C 06-5463 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Petitioner has filed an <u>ex parte</u> request for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's request. (Docket # 16, # 17.) Petitioner must file and serve his traverse no later than **November 16, 2007**.

IT IS SO ORDERED.

DATED: October 15, 2007

                                                SUSAN ILLSTON<br>                                          United States District Judge