UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNIE GIPSON,            No. C 06-5463 SI (pr)

    Petitioner,            **ORDER EXTENDING DEADLINE**

  v.

TERESA SCHWARTZ,
warden,

    Respondent.
                                /

Petitioner has filed a second ex parte request for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's request. (Docket # 19.) Petitioner must file and serve his traverse no later than **February 9, 2008**. No further extensions of this deadline will be permitted, as petitioner will have had seven months to prepare his traverse by the time the deadline arrives.

IT IS SO ORDERED.

DATED: January 8, 2008

                                               SUSAN ILLSTON
                                               United States District Judge