UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONNIE GIPSON,          No. C 06-5463 SI (pr)

    Petitioner,          **ORDER**

    v.

TERESA SCHWARTZ, warden,

    Respondent.
                                       /

    Petitioner filed an ex parte application for the court to accept his late traverse that was attached to the application filed February 28, 2008. The application is GRANTED. (Docket # 21.) The traverse is deemed timely filed. The petition remains under submission and will be decided in due course.

    IT IS SO ORDERED.

DATED: May 8, 2008

                                                 SUSAN ILLSTON
                                                 United States District Judge